IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 1:11CR10034-001 |
| | ) | |
| PAUL BRADLEY BEGA | ) | |

## ORDER OF DISMISSAL

Now on this same day came on for consideration the United States' Motion to Dismiss (ECF No. 35) pursuant to Rule 48(a), Federal Rules of Criminal Procedure, and upon consideration of the same, the Court is of the opinion that same Motion should be **GRANTED**.

NOW THEREFORE, it is ordered that the Indictment filed in the above-entitled and numbered cause on August 10, 2011 (ECF No. 1), should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED, this 8th day of January, 2013.

                                           /s/ Susan O. Hickey
                                       Hon. Susan O. Hickey
                                       United States District Judge